**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **WEARABLE COMPUTING LLC,** | |
| Plaintiff, | **Civil Action No. 2:16-cv-919-RWS** |
| v. | **JURY TRIAL DEMANDED** |
| **C&A IP HOLDINGS, LLC,** | |
| Defendant. | |

## ORDER GRANTING JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT

CAME ON THIS DAY for consideration of the Joint Motion to Stay all Deadlines and Notice of Settlement between Plaintiff, Wearable Computing LLC, and Defendant C&A IP Holdings, LLC, and the Court, being of the opinion that said motion should be GRANTED, it is hereby:

**ORDERED** that all deadlines between Plaintiff Wearable Computing LLC and Defendant C&A IP Holdings, LLC are stayed up to and including February 10, 2017.

**SIGNED this 17th day of January, 2017.**

*Robert W Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE