IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| WEARABLE COMPUTING LLC,<br><br>    Plaintiff,<br><br>v.<br><br>C&A IP HOLDINGS, LLC,<br><br>    Defendant. | Civil Action No. 2:16-cv-919-RWS<br><br>JURY TRIAL DEMANDED |

## FINAL JUDGMENT

Pursuant to Plaintiff Wearable Computing LLC's Motion to Dismiss With Prejudice, and the Court's Order of Dismissal of Defendant C&A IP Holdings, LLC With Prejudice, the Court hereby enters **FINAL JUDGMENT** in the above-captioned case.

The Clerk of the Court is directed to close this case.

**SIGNED this 15th day of February, 2017.**

*[signature]*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE